Filed: March 7, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

Defendant - Appellant

_____

NOTICE OF APPELLATE CASE OPENING

_____

| Originating Court | United States District Court for the District of South Carolina at Florence |
|---|---|
| Originating Court Case Number | 4:02-cr-00992-JFA-1 4:08-cv-70072-JFA |
| Date notice of appeal filed in originating court | 03/02/2011 |
| Appellant(s) | Chadrick Fulks |
| Appellate Case Number | 11-3 |
| Case Manager | Beth Walton 804-916-2725 |

The above-captioned case has been opened in this Court.