FILED: March 7, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

Defendant - Appellant

_____

O R D E R
_____

The Court appoints the Federal Defender for the District of Pennsylvania at Philadelphia as co-counsel to represent Chadrick Evan Fulks on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk