**Docket No. 11-3**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**United States of America**............................................ **Appellee,**

**v.**

**Chadrick E. Fulks** ...................................................... **Appellant.**

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

---

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

---

Undersigned counsel for Appellant Chadrick E. Fulks, pursuant to Local Rule 46(d), move this Court for an order permitting Kirsten E. Small to withdraw as counsel for Mr. Fulks. In support of this motion, counsel state as follows:

1.  Mr. Fulks is appealing the denial of his motion to vacate his capital convictions and death sentence ("Motion to Vacate"), *see* 28 U.S.C. § 2255.

2.  In the district court, Mr. Fulks was represented initially by appointed counsel Beattie B. Ashmore and William W. Watkins, Jr. In September 2008, after Mr. Fulks' Motion to Vacate had been filed, the district court appointed Ms. Small as substitute counsel for Mr. Watkins, who had accepted an offer of employment with the United States Attorney's Office. The court-appointed attorneys were assisted on a pro bono basis by attorneys with the law firm O'Melveny & Myers, LLP. On April 28, 2010, the district court granted O'Melveny & Myers' motion to withdraw from representation.

3.  The district court denied Mr. Fulks' Motion to Vacate on August 3, 2010, and amended its order on August 20, 2010.

4.  On September 3, 2010, the district court granted Mr. Fulks' motion for substitution of counsel and appointed Billy H. Nolas, Senior Litigator for the Capital

Habeas Unit of the Federal Community Defender for the Eastern District of Pennsylvania ("Philadelphia CHU") as counsel in place of Mr. Ashmore. Ms. Small continued as counsel at that time in order to provide continuity of counsel in the district court.

5.    On September 17, 2010, a Motion to Alter or Amend was filed by Mr. Nolas and Amy Gershenfeld Donnella, who is also an attorney with the Philadelphia CHU. The district court subsequently admitted Ms. Donnella as co-counsel for Mr. Fulks.

6.    On December 8, 2010, the district court conducted a hearing on Mr. Fulks' Motion to Alter or Amend. Mr. Nolas and Ms. Donnella argued the motion on behalf of Mr. Fulks.

7.    The district court denied the Motion to Alter or Amend on January 13, 2011, and Mr. Fulks timely appealed.

8.    By orders entered March 7, 2011, this Court appointed the Philadelphia CHU and Ms. Small as appellate counsel.

9.    Mr. Nolas and Ms. Donnella will ably represent Mr. Fulks in this appeal. The Philadelphia CHU is devoted to the representation of death-sentenced clients. It has represented dozens of death-sentenced individuals in state and federal proceedings, including proceedings in the Third, and Eighth Circuit Courts of Appeals. Mr. Nolas and other attorneys with the Philadelphia CHU have been appointed by this Court as counsel in previous cases.[1] Both Mr. Nolas and Ms. Donnella have argued capital cases in the federal courts of appeal, and Mr. Nolas has litigated and argued four substantive cases before the United States Supreme Court.[2] Because the Philadelphia CHU is part of the Federal Community Defender (*i.e.*, the Federal Public Defender) for the Eastern

---

[1] *In re: Roane*, No. 09-8 (§ 2255 proceedings); *Gilliam v. Simms*, 133 F.3d 914 (4th Cir. 1998) (§ 2254 proceeding); *Winston v. Kelly*, 592 F.3d 535 (4th Cir. 2010) (§ 2254 proceeding);.
[2] *Kindler v. Beard*, 130 S. Ct. 612 (2009); *Rompilla v. Beard*, 545 U.S. 374 (2005); *Pace v. DiGuglielmo*, 544 U.S. 408 (2005); *Sattazahn v. Pennsylvania*, 537 U.S. 101 (2003).

District of Pennsylvania, it has its own budget to cover the costs of capital post-conviction litigation. Thus, Mr. Nolas and Ms. Donnella will not seek payment from this Court for attorney's fees, travel, or other expenses associated with their representation of Mr. Fulks.

10. Mr. Nolas, Ms. Donnella, and other attorneys and investigators with the Philadelphia CHU have developed a positive relationship with Mr. Fulks. Mr. Fulks has consulted individually with Mr. Nolas, Ms. Donnella, and Ms. Small regarding this motion and has indicated his consent to Ms. Small's withdrawal and to his continued representation by the Philadelphia CHU.

11. By letter dated March 11, 2011, undersigned counsel has informed Mr. Fulks of his right to respond to this Motion within seven days.

For the reasons set forth above, undersigned counsel respectfully request that Ms. Small be permitted to withdraw as counsel of record for Mr. Fulks.

Respectfully submitted,

| | |
|---|---|
| s/Billy H. Nolas | s/Kirsten E. Small |
| Billy H. Nolas | Kirsten E. Small |
| Amy G. Donnella | NEXSEN PRUET, LLC |
| Federal Community Defender | 55 East Camperdown Way (29601) |
| Capital Habeas Unit | Post Office Drawer 10648 |
| Curtis Center, Suite 545 West | Greenville, SC  29603-0648 |
| Philadelphia, PA 19106 | Phone: 864.370.2211 |
| Phone: 215.926.0520 | KSmall@nexsenpruet.com |
| billy_nolas@fd.org | |
| | |
| Attorneys for Petitioner | March 11, 2011 |
| Chadrick E. Fulks | Greenville, South Carolina |

3

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Motion for Leave to Withdraw as Counsel has been served upon Appellant Chadrick E. Fulks by placing the same in the United States mail, first class postage prepaid, addressed to the following as shown below this 11th day of March, 2011.

    Chadrick E. Fulks, No. 16617-074
    USP Terre Haute
    P.O. Box 33
    Terre Haute, IN 47080-0033

                s/Kirsten E. Small
                Kirsten E. Small
                NEXSEN PRUET, LLC
                55 East Camperdown Way (29601)
                Post Office Drawer 10648
                Greenville, South Carolina  29603-0648
                Telephone:  864.370.2211