Filed:  March 25, 2011

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

## BRIEFING ORDER - CIVIL

_____

No.  11-3,          US v. Chadrick Fulks
                    4:02-cr-00992-JFA-1, 4:08-cv-70072-JFA

The briefs and appendix shall be served and filed within the time provided in the following schedule:

Appendix due: 05/04/2011

Opening brief due: 05/04/2011

Response brief due: 06/06/2011

Reply brief permitted within 14 days of service of response brief.

The briefs and appendix must conform to the Rule Requirements for Preparation of Briefs and Appendices and the Fourth Circuit Checklist for Briefs and Appendices, which set forth the applicable Federal and Local Rules. These documents are available as links from this order and at the court's web site, www.ca4.uscourts.gov.

All parties to a side must join in a single brief, even in consolidated cases, unless the court has granted a motion for leave to file separate briefs pursuant to Local Rules 28(a) and 28(d). Each side must notify the court of the attorney who has been designated as lead counsel within 14 days of the date of this order.

Failure to file an opening brief within the scheduled time will lead to dismissal of the case pursuant to Local Rule 45 for failure to prosecute; failure to file a response brief will result in loss of the right to be heard at oral argument and may lead to imposition of sanctions if counsel has failed to comply with the court's directives. The court discourages motions for extension of time and grants extensions of the briefing schedule only in extraordinary circumstances upon a showing of good

cause. Local Rule 31(c). If a brief is filed after its due date, the time for filing briefs in the schedule will be extended by the number of days the brief was late.

Failure to file an adequate appendix containing all portions of the record necessary for review of the issues will result in the return of the appendix for correction; deficiencies generally will not be remedied by reference to the record. The party at fault will be required to bear the cost of filing a corrected appendix regardless of the outcome of the case.

Pursuant to Local Rule 34(a), the court may, on its own initiative and without prior notice, screen an appeal for decision on the parties' briefs without oral argument. If a case is selected for the oral argument calendar, counsel will receive notice that the case has been tentatively calendared for a specific court session approximately 45 days in advance of the session. Counsel will be afforded 10 days to file any motions that would affect the argument of the case. All parties to a side must share the time allotted for oral argument pursuant to Local Rules 28(d) and 34(d).

/s/ PATRICIA S. CONNOR, CLERK
By: Beth Walton, Deputy Clerk