# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an <u>Application for Admission</u> before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at <u>www.ca4.uscourts.gov/cmecftop.htm</u>.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** <u>11-3, U.S. v. Chadrick Fulks</u> as

☐Retained ☐Court-appointed(CJA) ☐Court-assigned(non-CJA) ☑Federal Defender ☐Pro Bono ☐Government

COUNSEL FOR: <u>Chadrick Fulks</u> as the
(party name)

☑appellant(s) ☐appellee(s) ☐petitioner(s) ☐respondent(s) ☐amicus curiae ☐intervenor(s)

_(signature)_

<u>Amy Gershenfeld Donnella</u>
Name (printed or typed)

<u>215-928-0520</u>
Voice Phone

<u>Federal Community Defender Office,</u>
Firm Name (if applicable)

<u>215-928-0826</u>
Fax Number

<u>Capital Habeas Unit, Suite 545W</u>

<u>601 Walnut Street, Philadelphia, PA</u>
Address

<u>Amy_Donnella@fd.org</u>
E-mail address (print or type)

**OR, I,** _____ **, AM NOT PARTICIPATING IN THIS CASE.**
(Name)

APPELLATE COUNSEL IS: _____.
(Name)          (Phone)

## CERTIFICATE OF SERVICE

I certify that on <u>April 1, 2011</u> the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_Signature_

<u>April 1, 2011</u>
Date

USCA4 Appeal: 11-3     Doc: 14     Filed: 04/12/2011     Pg: 1 of 1