IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Case No. 11-3

CHADRICK EVAN FULKS,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

**UNOPPOSED MOTION FOR AN EXTENSION OF 45 DAYS TO
FILE INITIAL BRIEF OF APPELLANT**

Appellant, Chadrick Evan Fulks, through counsel, respectfully moves the

Court to grant this request an extension of time of 45 days from the May 4, 2011,

due date for his Initial Brief.  Counsel for the Government (Appellee) does not

oppose and consents to the granting of motion.  This motion is being filed more

than 10 days prior to the due date for Appellant's Brief.  In support, Appellant

states the following:

1.     Appellant was sentenced to death in a federal prosecution in

Columbia, South Carolina.  Appellant subsequently sought §2255 relief in the

District Court.  The District Court conducted a lengthy evidentiary hearing, but

thereafter denied relief.  The District Court's opinion is 175 pages in length.

2.     The District Court granted a Certificate of Appealability encompassing thirty (30) issues.

3.     Undersigned counsel were not counsel for Appellant at the pre-hearing investigation and briefing stages; nor did the undersigned serve as counsel at the evidentiary hearing or at the post-hearing briefing stage.  The undersigned were first appointed by the District Court as co-counsel to previously-appointed counsel at the Fed. R.Civ.P. Rule 59 motion for reconsideration (i.e., motion to alter and amend) stage.  Subsequently, the Court of Appeals appointed the undersigned to serve as appellate counsel.  Previously-appointed counsel thereafter was allowed to withdraw.  In sum, although Appellant's case had a lengthy procedural history in the District Court, the undersigned are relatively new to the case.

4.     It is apparent to undersigned counsel that this federal death penalty appeal raises especially important and complex issues.  The issues are not only of importance to Appellant, whose life is at stake, but also to this Court's jurisprudence in *federal* death penalty cases, which have their own set of rules and protections.

5.     Counsel for Appellant have not previously sought extensions in this appeal.

6.      Appellant's Brief is due on May 4, 2011.  The appeal involves several arguments which are especially complex and necessitate careful research and preparation.  We believe that the Court will benefit from meaningful briefing of Appellant's position on these points.

7.      Undersigned counsel for Appellant, however, need this requested time to complete Appellant's Initial Brief.  Specifically, counsel need this time because, over the past month, both counsel have been intensely preparing for an evidentiary hearing and a District Court oral argument in unrelated death penalty cases.  Further, both of the undersigned prepared for and presented oral arguments to the Court of Appeals for the Eighth Circuit during this same time period.  The oral arguments and hearings took much of the time that counsel wished to devote to Mr. Fulks' case.  In the weeks to come, counsel will be conducting an evidentiary hearing in another capital case which is scheduled for  several days; will be briefing three appeals in the Supreme Court and the Court of Appeals; and are responsible for litigating a case under death warrant with the execution scheduled for May 12, 2011.

8.      Under all of these circumstances, Appellant respectfully submits that the Court should allow these 45 additional days.

9.      This request is made to enable counsel to file a Brief that will aid the Court in its review and give counsel the opportunity to provide effective advocacy

3

on behalf of Appellant.  This request is made more than 10 days prior to the due date for the brief, and it is made in good faith and not predicated on an intent to delay.

10.    This request was discussed with counsel for the Government, who authorized Appellant to represent that the Government consents to and makes no objection to this motion.

WHEREFORE, Appellant respectfully requests that the Court grant this Motion for forty-five (45) days from May 4, 2011, for Appellant to file Appellant's Initial Brief.

Respectfully submitted,

/s/ Billy H. Nolas
Billy H. Nolas, Esq.
Amy Gershenfeld Donnella, Esq.
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Billy_Nolas@fd.org

Dated: April 19, 2011

4

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 19ᵗʰ day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of filing to the following:

Robert Frank Daley, Jr.
Jimmie Ewing
Robert Claude Jendron, Jr.
Jeffrey Mikell Johnson
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500
1441 Main Street
Columbia, SC 29201

/s/ Billy H. Nolas
Billy H. Nolas