FILED:  April 20, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

Defendant - Appellant

_____

O R D E R

_____

The court grants the appellant's unopposed motion to extend filing time and extends the briefing schedule as follows:

Appendix due: 06/20/2011

Opening brief due: 06/20/2011

Response brief due: 07/25/2011

Any reply brief: 14 days of service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk