FILED:  June 14, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)

———————————

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

       Defendant - Appellant

———————————

O R D E R

———————————

The court grants the motion to extend filing time and extends the briefing

schedule as follows:

Opeing Brief & Appendix due:  July 20, 2011
Response brief due:  August 24, 2011

Any reply brief: within 14 days from service of response brief.

For the Court

/s/ Patricia S. Connor, Clerk