### UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT
### OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

July 8, 2011

_____

RESPONSE REQUESTED

_____

No.  11-3,        US v. Chadrick Fulks
                  4:02-cr-00992-JFA-1, 4:08-cv-70072-JFA

TO:    Jimmie  Ewing
       Jeffrey Mikell Johnson
       Robert Frank Daley
       Thomas Ernest Booth

RESPONSE DUE: 07/15/2011

Response is required to the appellant's motion to suspend or extend the briefing schedule. Response must be filed by the response due date shown in this notice.

Beth Walton, Deputy Clerk
804-916-2725