FILED:  July 14, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)

_____

UNITED STATES OF AMERICA

　　　　Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

　　　　Defendant - Appellant

_____

O R D E R

_____

The court denies the appellant's motion to suspend the briefing schedule,

grants the motion to extend filing time and extends the briefing schedule as follows:

Opening brief  and Appendix due:  August 19, 2011

Response brief due:   September 22, 2011

Any reply brief: within 14 days from service of response brief.

For the Court

/s/ Patricia S. Connor, Clerk