IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

Case No. 11-3

---

CHADRICK EVAN FULKS,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

---

**UNOPPOSED MOTION FOR AN EXTENSION OF 30 DAYS TO FILE INITIAL BRIEF OF APPELLANT**

Appellant, Chadrick Evan Fulks, through counsel, respectfully moves the Court to grant this request for an extension of time of 30 days from the current August 19, 2011, due date for his Initial Brief. Counsel for the Government (Appellee) does not oppose and consents to the granting of motion. This motion is being filed 10 days prior to the August 19 due date for Appellant's Brief. In support, Appellant states the following, much of which this Court is already familiar with:

1.  Appellant was sentenced to death in a federal prosecution in Columbia, South Carolina. Appellant subsequently sought §2255 relief in the

1

District Court.  The District Court conducted a lengthy evidentiary hearing, but thereafter denied relief.  The District Court's opinion is 175 pages in length.

2.    The District Court granted a Certificate of Appealability encompassing thirty (30) issues, finding Appellant's arguments substantial and worthy of appellate review.

3.    Undersigned counsel were not counsel for Appellant at the pre-hearing investigation and briefing stages; nor did the undersigned serve as counsel at the evidentiary hearing or at the post-hearing briefing stage.  The undersigned were first appointed by the District Court as co-counsel to previously-appointed counsel at the Fed. R.Civ.P. Rule 59 motion for reconsideration (*i.e.*, motion to alter and amend) stage.  Subsequently, the Court of Appeals appointed the undersigned to serve as appellate counsel.  Previously-appointed counsel was then allowed to withdraw.

4.    On June 1, 2011, Appellant's co-defendant, Brandon Basham, filed with the District Court a Motion for Collateral Relief Pursuant to 28 U.S.C. §2255. Basham's Motion is 178 pages long, and  includes thirty-three claims and an additional 550 pages of exhibits.

5.     As evidenced by the number of claims for which the District Court granted a Certificate of Appealability, this federal death penalty appeal raises especially important and complex issues.  The issues are not only of importance to Appellant, whose life is at stake, but also to this Court's jurisprudence in federal death penalty cases, which have their own set of rules and protections.  As this Court is aware, Appellant's was the first death penalty case tried in South Carolina under the contemporary federal death penalty statute.

6.     Counsel for Appellant were previously granted  extensions in this appeal, and Appellant's Initial Brief is currently due on August 19, 2011.

7.     Counsel requested each of its previous extensions in good faith, believing that it would be possible to complete Appellant's brief by the due dates requested.  Our most recent request was made following the filing by Appellant's codefendant, Brandon Basham, of a comprehensive §2255 Petition, which included a substantial number of exhibits, as noted above.  Counsel needed time to review the materials in codefendant Basham's case in order to research the effect of these materials on Appellant's arguments in this appeal.

8.     During the 40 days prior to July 29, the undersigned also were involved in extensive litigation leading up to the execution on July 29, 2011, of our client, Robert Jackson, in the State of Delaware.  Undersigned counsel and support staff worked for several weeks, round the clock, on this case.  Mr.

3

Jackson's case included briefing for two proceedings in the United States Supreme Court (one of which was an original action), two proceedings in the Court of Appeals, proceedings in both the state trial and supreme courts, three oral arguments, a hearing in the United States District Court, and a reprieve presentation to the Office of the Governor. Work on our other cases, including Appellant's, of necessity, fell behind.

9. In addition, Appellant has vacilated in the past about his desire to pursue his appeals. Counsel need this additional time to address with Appellant some concerns he has recently expressed.

10. Counsel and staff are also now bumping up against the dates on which they must get their children ready for and back to school.

11. Counsel are mindful that the Court has already extended the filing time for this initial brief. Barring unforeseeable exigent circumstances, they will make no further requests of time from the Court.

12. Under all of these circumstances, Appellant respectfully asks this Court to grant these 30 additional days until September 19, 2011.

13. This request is made to enable counsel to file a Brief that will aid the Court in its review and give counsel the opportunity to provide effective advocacy to Appellant.

14. This request is made 10 days prior to the due date for the brief, and it

is made in good faith and not predicated on an intent to delay.

15.    This request was discussed with counsel for the Government, who authorized Appellant to represent that the Government makes no objection to this motion.

WHEREFORE, Appellant respectfully requests that the Court grant this Motion for thirty (30) days from August 19, 2011, for Appellant to file Appellant's Initial Brief.

Respectfully submitted,

/s/ Billy H. Nolas
Billy H. Nolas, Esq.
Amy Gershenfeld Donnella, Esq.
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Billy_Nolas@fd.org

Dated: August 9, 2011

5

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 9th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of filing to the following:

Robert Frank Daley, Jr.
Jimmie Ewing
Robert Claude Jendron, Jr.
Jeffrey Mikell Johnson
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500
1441 Main Street
Columbia, SC 29201

Thomas Ernest Booth
U. S. DEPARTMENT OF JUSTICE
Room 1511
Criminal Division, Appellate Section
950 Pennsylvania Avenue, NW
Washington, DC 20530-0000

/s/ Billy H. Nolas
Billy H. Nolas