FILED:  August 16, 2011

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due:  September 19, 2011

Opening brief due:  September 19, 2011

Response brief due:  October 24, 2011

Any reply brief: 14 days from service of response brief.

For the Court

/s/ Patricia S. Connor, Clerk