IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

Case No. 11-3

---

CHADRICK EVAN FULKS,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

---

**UNOPPOSED MOTION OF APPELLANT TO FILE AN OVER-LENGTH BRIEF**

Appellant, Chadrick Evan Fulks, through counsel, respectfully requests leave to file an over-length *Opening Brief* in this capital case, not to exceed 21,000 words.   Counsel for the government does not oppose this motion.  Appellant presents as grounds in support of this Motion the following:

Appellant's case is a death penalty appeal in a section 2255 action, necessitating a brief exceeding the 14,000 word limit, but of no more than 21,000 words.  Fed. R. App. P. 32 (a)(7)(B), which includes the 14,000 word provision, was not adopted with capital cases in mind.

The trial of Mr. Fulks's case lasted several weeks and involved the

1

testimony of scores of lay and expert witnesses.  The evidentiary hearing for the 2255 proceedings itself lasted more than a week.  In denying all of Mr. Fulks's postconviction claims, the district court wrote an opinion that is 178 pages long and granted a certificate of appealability on thirty issues.

A professionally appropriate brief requires a thorough discussion of the facts and legal principles relevant to Appellant's arguments. Appellant has expended considerable effort editing the statement of facts and winnowing and consolidating the issues argued in this opening brief to keep it as concise as is professionally responsible, without sacrificing Mr. Fulks's arguments for the sake of brevity.

However, Appellant's case is highly fact-intensive, even by capital-case standards.  In order for this Court to be able to assess the legal arguments Appellant will be advancing in this brief, it is critical that Appellant present a detailed statement of facts including, *inter alia,* descriptions of the criminal episode that resulted in his sentence of death, the course of trial counsel's representation of Appellant both pre-trial and during trial, and the aggravating and mitigating evidence that was introduced at sentencing. In addition, Mr. Fulks's arguments require proper briefing of the relevant decisions of the United States Supreme Court and this Circuit.  A brief of 14,000 words cannot deal adequately with the complex substantive and procedural matters at issue in this case.

This request is made to enable counsel to file a Brief that will aid the Court in its review and give counsel the opportunity to provide effective advocacy to Appellant. Counsel was not able to file this motion a full ten days prior to its due date as required by the local rules because counsel was still working on the brief and was not in a position to make a reasonable guess as to the number of words they might need in order to make a professional and appropriate submission on Appellant's behalf.

This request was discussed with counsel for the Government, who authorized Appellant to represent that the Government makes no objection to this motion.

WHEREFORE, Appellant respectfully requests that the Court grant this Motion for leave to file a brief not to exceed 21,000 words.

Respectfully submitted,

/s/ Billy H. Nolas
Billy H. Nolas, Esq.
Amy Gershenfeld Donnella, Esq.
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Billy_Nolas@fd.org

Dated: September 14, 2011

3

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 14th day of September, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of filing to the following:

Robert Frank Daley, Jr.
Jimmie Ewing
Robert Claude Jendron, Jr.
Jeffrey Mikell Johnson
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500
1441 Main Street
Columbia, SC 29201

Thomas Ernest Booth
U. S. DEPARTMENT OF JUSTICE
Room 1511
Criminal Division, Appellate Section
950 Pennsylvania Avenue, NW
Washington, DC 20530-0000

/s/ Billy H. Nolas
Billy H. Nolas

Dated:  September 14, 2011