IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Case No. 11-3

CHADRICK EVAN FULKS,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

**UNOPPOSED MOTION FOR AN ADDITIONAL FOUR (4) DAYS TO
FILE INITIAL BRIEF OF APPELLANT**

Appellant, Chadrick Evan Fulks, through counsel, respectfully moves the

Court to grant this request for an additional four (4) days from the current

September 19, 2011, due date for his Initial Brief.  Counsel for the Government

(Appellee) does not oppose and consents to the granting of motion. In support,

Appellant states the following:

1.       The initial brief in the appeal of Appellant's 2255 case is due

Monday, September 19, 2011.  Appellant is requesting four (4) extra days to

finalize this brief due to personal health matters involving one of counsel's family

members that will necessitate counsel being out of town several days between now

1

and September 19th.

2.      The work that remains on the brief cannot be delegated because it requires an intimate knowledge of the facts and legal issues in the case which cannot be acquired in the several days that remain before the initial brief is due.

3.      Counsel's travel cannot be postponed.

4.      Appellant will file with the Court, and serve upon the Government, the Joint Appendix on September 19, 2011, prior to the four days requested for the brief itself.

5.      This request was discussed with counsel for the Government, who authorized Appellant to represent that the Government makes no objection to this motion.

6.      This request is made in good faith and not for the purpose of delay.

WHEREFORE, Appellant respectfully requests that the Court grant this Motion for an additional four (4) days until September 23, 2011 for Appellant to file Appellant's Initial Brief.

Respectfully submitted,


/s/ Billy H. Nolas
Billy H. Nolas, Esq.
Amy Gershenfeld Donnella, Esq.
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Billy_Nolas@fd.org

Dated: September 14, 2011

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 14th day of September, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of filing to the following:

Robert Frank Daley, Jr.
Jimmie Ewing
Robert Claude Jendron, Jr.
Jeffrey Mikell Johnson
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500
1441 Main Street
Columbia, SC 29201

Thomas Ernest Booth
U. S. DEPARTMENT OF JUSTICE
Room 1511
Criminal Division, Appellate Section
950 Pennsylvania Avenue, NW
Washington, DC 20530-0000

/s/ Billy H. Nolas
Billy H. Nolas

Dated:  September 14, 2011