FILED:  September 19, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the appellant's unopposed motions to exceed the

length limitations for briefs and to extend the time for filing his opening brief, the

court grants the appellant leave to file an opening brief not in excess of 21,000

words and extends the briefing schedule as follows:

Appendix due:  September 19, 2011

Opening brief due:  September 23, 2011

Response brief due:  October 27, 2011

Any reply brief:  14 days from service of response brief.

For the Court

/s/ Patricia S. Connor, Clerk