IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Case No. 11-3

CHADRICK EVAN FULKS,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

**MOTION OF APPELLANT TO FILE AN OVER-LENGTH BRIEF**

Appellant, Chadrick Evan Fulks, through counsel, respectfully requests leave to file an over-length *Opening Brief* in this capital case, not to exceed 21,334 words.   Appellant presents as grounds in support of this Motion the following:

On September 14, 2011, Mr. Fulks requested leave in this federal capital case to file a brief not to exceed 21,000, which this Court granted on September 19, 2011. At the time Mr. Fulks made this request, his brief was not yet complete.

Despite efforts to trim the final brief to the allotted 21,000 words, Mr. Fulks remains over the limit by fewer than 500 words.  Given Mr. Fulks' substantial compliance with the word count, the fact that Mr. Fulks' original trial lasted several weeks and involved the testimony of more than a hundred witnesses, that

1

the § 2255 proceedings themselves lasted more than a week, and that the District Court Order from which Mr. Fulks appeals is 175 pages long, Mr. Fulks asks this Court for leave this brief with this relatively small number of additional words.

A professionally appropriate brief requires a thorough discussion of the facts and legal principles relevant to Appellant's arguments. Appellant has expended considerable effort editing the statement of facts and winnowing and consolidating the issues argued in this opening brief to keep it as concise as is professionally responsible, without sacrificing Mr. Fulks's arguments for the sake of brevity.

Inasmuch as this is a federal capital case which raises substantial claims that have never previously been adjudicated, should this Court not permit Mr. Fulks to file his brief with 21, 334 words, he asks this Court to grant him an additional two business days, until September 27, 2011, to edit the brief to the 21,000 words already granted.

WHEREFORE, Appellant respectfully requests that the Court grant this Motion for leave to file a brief not to exceed 21,334 words.

Respectfully submitted,

/s/ Billy H. Nolas
Billy H. Nolas, Esq.
Amy Gershenfeld Donnella, Esq.
Federal Community Defender Office
for the Eastern District of Pennsylvania

Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Billy_Nolas@fd.org

Dated: September 23, 2011

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 23rd day of September, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of filing to the following:

Robert Frank Daley, Jr.
Jimmie Ewing
Robert Claude Jendron, Jr.
Jeffrey Mikell Johnson
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500
1441 Main Street
Columbia, SC 29201

Thomas Ernest Booth
U. S. DEPARTMENT OF JUSTICE
Room 1511
Criminal Division, Appellate Section
950 Pennsylvania Avenue, NW
Washington, DC 20530-0000

/s/ Billy H. Nolas
Billy H. Nolas

Dated:  September 23, 2011