# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 11-3 _____    Caption: _____ Chadrick Evan Fulks v. United States of America _____

---

Argument Session For Which You Are Scheduled: January 24-27, 2012

Dates You Are Available To Argue in the Session (if any):

(See accompanying motion) (Requesting March session) March 21-23, 2012

Other Relevant Information:

I respectfully request the March session, and specifically March 21-23, 2012, for the reasons stated in the accompanying motion.

Party(ies) Represented:
Appellant
Counsel:
Billy H. Nolas

---

I, _____ Billy H. Nolas _____, hereby certify that on this date, I electronically filed this Notice with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

_____ 11/10/11 _____
Date

_____ Billy H N _____
Signature

USCA4 Appeal: 11-3    Doc: 39    Filed: 11/10/2011    Pg: 1 of 1