IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

Case No. 11-3

---

CHADRICK EVAN FULKS,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

---

**UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT
FROM JANUARY SESSION TO MARCH SESSION**

Counsel for Appellant respectfully requests, for the reasons stated, that the Court continue the oral argument in this appeal from the January session to the March session, and specifically to March 21-23, 2012. This motion is not opposed by the Government (Appellee). In support, counsel respectfully submits:

1.      This is an appeal in a capital §2255 case. Petitioner was convicted and sentenced to death in the United States District Court, Florence Division, South Carolina. The District Court subsequently denied §2255 relief, and granted

1

a certificate of appealability.

2.    On appeal, counsel for Appellant filed the Appellant's initial brief and the Joint Appendix.

3.    Counsel for the Government is working on the Government's brief, which is not yet due.  Appellant's reply would follow thereafter.

4.    Most recently, counsel received correspondence from the Court of Appeals indicating the January session for oral argument (January 24-27, 2012). (The undersigned is lead counsel in Appellant's case and planned on presenting the oral argument on Appellant's behalf.)

5.    However, undersigned counsel planned his vacation for the month of January, 2012.  Those plans were made before receipt of the Court's notice. Counsel has not been on a vacation in three years; counsel's opportunity for a vacation was this January, after the briefing of Appellant's case and others.

6.    Counsel understands that the Court does not have a February, 2012, session, and therefore requests the next available session, which would be in March of 2012.  Counsel specifically requests, if possible, March 21, 22 or March 23 (Wednesday, Thursday or Friday).

7.    If the Court cannot reschedule, undersigned counsel understands and shall cancel his vacation plans.  However, the undersigned hopes that the Court

will grant this indulgence.

8.     As noted, counsel for the Government (Appellee) consents to the granting of this motion.

9.     This motion is not made on the basis of an intent to delay and its granting shall cause neither a significant delay nor prejudice to the Government.

WHEREFORE, undersigned counsel for Appellant respectfully requests that the Court reschedule the oral argument for March, 21-23, 2012.

Respectfully submitted,

/s/ Billy H. Nolas
Billy H. Nolas, Esq.
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Billy_Nolas@fd.org

Dated: November 10, 2011

3

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 10th day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of filing to the following:

Robert Frank Daley, Jr.
Jimmie Ewing
Robert Claude Jendron, Jr.
Jeffrey Mikell Johnson
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500
1441 Main Street
Columbia, SC 29201

Thomas Ernest Booth
U. S. DEPARTMENT OF JUSTICE
Room 1511
Criminal Division, Appellate Section
950 Pennsylvania Avenue, NW
Washington, DC 20530-0000

/s/ Billy H. Nolas
Billy H. Nolas