FILED: November 17, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to continue oral argument and continues oral argument in this case to the March 2012 session of court.

For the Court

/s/ Patricia S. Connor, Clerk