IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| United States of America,<br>Appellee,<br><br>v.<br><br>Chadrick E. Fulks,<br>Appellant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 11-3 |

MOTION TO FILE A RESPONSE BRIEF NOT TO EXCEED 22,000 WORDS

The United States respectfully moves the Court for an order authorizing it to file a response brief not to exceed 22,000 words. The government's response brief is due for filing, on extension, on December 27, 2011.

1. Fulks was convicted of capital murder and sentenced to death. His conviction was affirmed on direct appeal. United States v. Fulks, 454 F.3d 410 (4th Cir. 2006), cert. denied, 551 U.S. 1147 (2007). Fulks then filed a motion to vacate his conviction under 28 U.S.C. § 2255, raising multiple claims of ineffective assistance of counsel, and a claim that the government presented inconsistent theories of guilt at his trial and at the separate trial of a co-defendant. The district court denied the motion. This appeal is from the district court's denial of Fulks's Section 2255 motion.

1

2.    Fulks's appeal raises three distinct ineffective assistance of counsel claims and the inconsistent-theories claim. His opening brief is approximately 21,300 words.  To fully respond to Fulks's claims, it has been necessary to draft a brief that contains 22,000 words.

3.    Amy Donnella, co-counsel for Fulks, consents to this motion.

Wherefore, the United States requests that the Court allow it to file a response brief not to exceed 22,000 words.

Respectfully submitted.

/s/_____
THOMAS E. BOOTH
Attorney
Department of Justice

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this motion was served on Fulks by the Fourth Circuit's ECF system:

Billy H. Nolas

Date: December 16, 2011          /s/_____
                                 THOMAS BOOTH
                                 Attorney
                                 Appellate Section
                                 Criminal Division
                                 Department of Justice
                                 950 Pa. Avenue; Room 1511
                                 Washington, D.C.  20530
                                 (202) 514-5201
                                 Fax: 202.305-2121
                                 thomas.booth@usdoj.gov