IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Case No. 11-3

CHADRICK EVAN FULKS,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

**UNOPPOSED MOTION FOR AN EXTENSION OF 45 DAYS TO FILE APPELLANT'S REPLY BRIEF**

Appellant, Chadrick Evan Fulks, through counsel, respectfully moves the Court to grant this request an extension of time of 45 days from the current January 6, 2012, due date for his Reply Brief. Counsel for the Government (Appellee) does not oppose and consents to the granting of motion. This motion is being filed more than 10 days prior to the January 6 due date for Appellant's Reply Brief. In support, Appellant states the following:

1.      This is an appeal in a capital §2255 case. Petitioner was convicted and sentenced to death in the United States District Court, Florence Division, South Carolina. The District Court subsequently denied §2255 relief, and granted

1

a certificate of appealability.

2. Appellant filed his Initial Brief on September 23, 2011.

3. The Government filed its Response Brief on December 23, 2011. The Government's Response Brief is ninety-four (94) pages in length and contains 21,777 words.

4. Oral argument in this matter is scheduled for the March 2012 session: March 20-23. The granting of this motion will not affect the argument date, since Appellant's Reply Brief will be filed at least one month before the argument.

5. Under this Court's current briefing schedule, Appellant's Reply Brief is due on or before January 6, 2012.

6. As this Court is aware, the next fourteen days include major holidays. Counsel for Appellant has pre-planned family obligations during this holiday period.

7. In addition, counsel for Appellant represents another capital defendant who has exhausted his appeals and whose execution is scheduled for January 20, 2012. Counsel has numerous obligations for that client under warrant, and those obligations will absorb much of counsel's time for in the next four weeks.

8. Under all of these circumstances, Appellant respectfully requests that this Court to grant an additional 45 days for the filing of his Reply Brief, making

his Reply Brief due on or before February 20, 2012.

9.   This request is made to enable counsel to file a Reply Brief that will aid the Court in its review and give counsel the opportunity to provide effective advocacy to Appellant.

10.   This request is made more than 10 days prior to the due date for the brief, and it is made in good faith and not predicated on an intent to delay.

11.   This request was discussed with counsel for the Government, who authorized Appellant to represent that the Government consents to and makes no objection to this motion.

WHEREFORE, Appellant respectfully requests that the Court grant this Motion for forty-five (45) days from January 6, 2012, for Appellant to file his Reply Brief.

Respectfully submitted,

/s/ Billy H. Nolas
Billy H. Nolas, Esq.
Amy Gershenfeld Donnella, Esq.
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Billy_Nolas@fd.org

Dated:   December 23, 2011

3

**CERTIFICATE OF SERVICE**

I, Billy H. Nolas, hereby certify that on this 23rd day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of filing to the following:

Robert Frank Daley, Jr.
Jimmie Ewing
Robert Claude Jendron, Jr.
Jeffrey Mikell Johnson
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500
1441 Main Street
Columbia, SC 29201


/s/ Billy H. Nolas
Billy H. Nolas