# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

www.ca4.uscourts.gov

December 30, 2011

_____

TENTATIVE SESSION ASSIGNMENT
_____

No.  11-3,          US v. Chadrick Fulks
                    4:02-cr-00992-JFA-1, 4:08-cv-70072-JFA

**ARGUMENT SESSION:** 3/20/12 - 3/23/12

**NOTIFY COURT OF ANY CONFLICT BY:**01/09/2012

This case has been tentatively calendared for oral argument during the above-referenced argument session. Any motion that would affect the scheduling of argument for that session, including motions to continue, submit on the briefs, or voluntarily dismiss, must be filed within 10 days of this notice. As required by Local Rule 27(a), any motion must state whether opposing counsel has consented. If counsel has a scheduling conflict with some or all of the session dates, counsel must file and serve notice of the conflict within 10 days using the entry Notice filed re: conflict with proposed argument dates.

Counsel will be notified that their case has either been scheduled for a date certain during the session or continued to the next available session. Once scheduled for a date certain, a case will be removed from the argument calendar only for extreme, unforeseeable problems that could not have been raised within the period set for notice of conflicts. The identity of the panel hearing a case is not disclosed until the morning of argument.

Joseph L. Coleman, Jr.
Calendar Clerk
804-916-2705