

**U.S. Department of Justice**

Criminal Division

*Washington, D.C. 20530*

The Honorable Patricia Connor                    February 7, 2012
Clerk of Court
U.S. Court of Appeals
Fourth Circuit
1100 East Main Street
Richmond, VA 23219

      Re: <u>U.S.</u> v. <u>Fulks</u>, No. 11-3

Dear Ms. Connor:

    This letter is submitted pursuant to Fed. R. App. P. 28(j). An issue in this case is whether Fulks was denied the effective assistance of appellate counsel based on his counsel's failure to raise a mitigation claim on direct appeal.  See Government's Brief at 66-81.

    In <u>Richardson</u> v. <u>Branker</u>, __ F.3d __, 2012 WL 362038 *8 (4th Cir. Feb. 6, 2012), this Court confirmed that the test for determining whether a defendant was prejudiced by counsel's failure to raise an issue on direct appeal is whether there is a "reasonable probability" that the defendant would have prevailed on appeal.  See Government's Brief at 71.

    Oral argument is scheduled for March 20, 2011.  Please distribute a copy of this letter to the judges on the panel.

A copy of this letter will be served on opposing counsel via the Court's ECF system.

Yours truly,

/s/
Thomas E. Booth
Attorney
Appellate Section
Criminal Division
Department of Justice
950 Pennsylvania Avenue
Room 1511
(202) 514-5201
Thomas.Booth@usdoj.gov

2