IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Case No. 11-3

CHADRICK EVAN FULKS,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

**UNOPPOSED MOTION FOR AN EXTENSION OF 3 DAYS TO
FILE APPELLANT'S REPLY BRIEF**

Appellant, Chadrick Evan Fulks, through counsel, respectfully moves the
Court to grant this request an extension of time of 3 days to Friday, February 24,
2012, from the current due date for his Reply Brief of Tuesday,  February 21,
2012.  Counsel for the Government (Appellee) does not oppose and consents to
the granting of motion. In support, Appellant states the following:

1.      This is an appeal in a capital §2255 case.  Petitioner was convicted
and sentenced to death in the United States District Court, Florence Division,
South Carolina.  The District Court subsequently denied §2255 relief, and granted
a certificate of appealability.

1

2.      Appellant filed his Initial Brief on September 23, 2011.

3.      The Government filed its Response Brief on December 23, 2011.

4.      Oral argument in this matter is scheduled for the March 20, 2012. The granting of this motion will not affect the argument date, since Appellant's Reply Brief will be filed almost four weeks before the argument.

5.      Appellant's Reply Brief is currently due on or before February 21, 2012.

6.      Undersigned counsel is experiencing flu-like symptoms and will not be able to work on the reply brief for the next three or four days.  Co-counsel has family obligations over the holiday weekend and cannot finalize the brief alone.

7.      Under these circumstances, Appellant respectfully requests that this Court to grant an additional 3 days for the filing of his Reply Brief, making his Reply Brief due on or before Friday, February 24, 2012.

8.      This request is made to enable counsel to file a Reply Brief that will aid the Court in its review and give counsel the opportunity to provide effective advocacy to Appellant.

9.      This request is made in good faith and not predicated on an intent to delay.

10.      This request was discussed with counsel for the Government, who authorized Appellant to represent that the Government consents to and makes no

objection to this motion.

WHEREFORE, Appellant respectfully requests that the Court grant this

Motion for three (3) days for Appellant to file his Reply Brief.

Respectfully submitted,

/s/ Billy H. Nolas
Billy H. Nolas, Esq.
Amy Gershenfeld Donnella, Esq.
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Billy_Nolas@fd.org

Dated: February 16, 2012

**CERTIFICATE OF SERVICE**

I, Billy H. Nolas, hereby certify that on this 16th day of February, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of filing to the following:

Thomas E. Booth
Appellate Section, Criminal Division
Department of Justice
950 Pennsylvania Avenue Room 1511
Washington DC 20530

Robert Frank Daley, Jr.
Jimmie Ewing
Robert Claude Jendron, Jr.
Jeffrey Mikell Johnson
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500
1441 Main Street
Columbia, SC 29201

/s/ Billy H. Nolas
Billy H. Nolas