IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Case No. 11-3

CHADRICK EVAN FULKS,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

**APPELLANT'S MOTION TO FILE OVER-LENGTH REPLY BRIEF**

Appellant, through counsel, respectfully requests leave to file a reply brief containing 10,380 words. In support of this motion, Appellant states the following:

1.    By leave of the Court, Appellant's Opening Brief contained 21,334 words, and the Government's Brief contained 21,777 words.

2.    The parties requested and received leave to file briefs in excess of the usual 14,000 word limit because additional words were necessary in order to professionally brief the issues in this case.

3.    Appellant's reply brief contains 10,380 words, which is more than the usual limit of 7,000 words. The additional words were necessary for the reply brief for the same reasons they were necessary for the parties' prior briefs.

1

WHEREFORE, Appellant respectfully requests that the Court grant this Motion for leave to file a reply brief consisting of 10,380 words.

Respectfully submitted,

/s/ Billy H. Nolas
Billy H. Nolas, Esq.
Amy Gershenfeld Donnella, Esq.
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Billy_Nolas@fd.org

Dated: February 24, 2012

2

**CERTIFICATE OF SERVICE**

      I, Billy H. Nolas, hereby certify that on this 24th day of February, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of filing to the following:

Robert Frank Daley, Jr.
Jimmie Ewing
Robert Claude Jendron, Jr.
Jeffrey Mikell Johnson
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500
1441 Main Street
Columbia, SC 29201

Thomas Ernest Booth
U. S. DEPARTMENT OF JUSTICE
Room 1511
Criminal Division, Appellate Section
950 Pennsylvania Avenue, NW
Washington, DC 20530-0000

                                /s/ Billy H. Nolas
                                Billy H. Nolas

Dated:  February 24, 2012