FILED:  February 29, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the appellant's unopposed motion to exceed the length limitations for his reply brief, the court grants the appellant leave to file a reply brief not in excess of 10,380 words and accepts the proposed brief for filing.

For the Court

/s/ Patricia S. Connor, Clerk