IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Case No. 11-3

CHADRICK EVAN FULKS,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

**REQUEST OF APPELLANT FOR THIRTY MINUTE ORAL ARGUMENT**

Appellant, Chadrick Evan Fulks, through counsel, respectfully requests thirty (30) minutes for oral argument in his capital case before this Court on March 20, 2012. Appellant presents as grounds in support of this Motion the following:

Appellant will be arguing his postconviction federal capital appeal before this Court on March 20, 2012. Under ordinary circumstances, this Court permits each party twenty (20) minutes of argument. Appellant's case, however, is highly fact-intensive and involves complex legal issues. Because this is a capital case, it is important that the parties have sufficient time to make their arguments to this Court and that the Court have ample time to pose questions about any matters it believes need further elucidation.

Appellant has contacted counsel for the United States, Appellee herein, who has indicated he does not oppose this request.

WHEREFORE, Appellant respectfully requests that the Court grant this request for thirty (30) minutes to argue his case to the Court.

Respectfully submitted,

/s/ Billy H. Nolas
Billy H. Nolas, Esq.
Amy Gershenfeld Donnella, Esq.
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Billy_Nolas@fd.org

Dated: March 13, 2012

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 13th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of filing to the following:

Robert Frank Daley, Jr.
Jimmie Ewing
Robert Claude Jendron, Jr.
Jeffrey Mikell Johnson
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500
1441 Main Street
Columbia, SC 29201

Thomas Ernest Booth
U. S. DEPARTMENT OF JUSTICE
Room 1511
Criminal Division, Appellate Section
950 Pennsylvania Avenue, NW
Washington, DC 20530-0000

/s/ Billy H. Nolas
Billy H. Nolas

Dated: March 13, 2012