FILED:  March 13, 2012

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for additional argument time and extends the

time to 30 minutes per side.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk