IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff-Appellee, | : | No. 11-3 |
| | : | |
| v. | : | |
| | : | |
| CHADRICK EVAN FULKS, | : | |
| Defendant-Appellant. | : | |

_____ :

**APPELLANT'S MOTION TO STAY MANDATE
PENDING PETITION FOR WRIT OF CERTIORARI**

Appellant moves to stay this Court's mandate pending his filing of a petition

for writ of certiorari. In support of this motion, Appellant states as follows:

1.      This is a capital habeas proceeding brought by a death-sentenced federal

prisoner under 28 U.S.C. § 2255.

2.      Appellant pled guilty and was sentenced to death in the United States

District Court for the District of South Carolina; this Court affirmed on direct appeal.

United States v. Fulks, 454 F.3d 410 (4th Cir. 2006), cert. denied, 551 U.S. 1147

(2007).

3.      Appellant timely sought habeas relief under § 2255. The District Court

denied relief after holding an evidentiary hearing. This Court affirmed on June 26,

2012. United States v. Fulks, 683 F.3d 512 (4th Cir. 2012) (appended).

4.      Absent a stay of the mandate, this Court's mandate will issue on August

17, 2012. See FRAP 41; Local Rule 41.

5.      After careful consideration, undersigned counsel determined that the panel would not grant rehearing in this case, and decided not to pursue *en banc* consideration, choosing instead to present Appellant's arguments to the United States Supreme Court in a petition for writ of certiorari.  Under the Supreme Court's rules, Appellant's certiorari petition is due on September 24, 2012.

6.      Appellant seeks a stay of the mandate pending certiorari review.

7.      Counsel respectfully submit that this case presents significant matters that are worthy of the Supreme Court's consideration.  A stay of this Court's mandate is needed to maintain the status quo while Appellant seeks certiorari review.

WHEREFORE, Appellant respectfully requests that this Court stay its mandate.

Respectfully submitted,

/s/ Billy H. Nolas
Billy H. Nolas, Esq.
Amy Gershenfeld Donnella, Esq.
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Billy_Nolas@fd.org

Dated: August 17, 2012

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 17th day of August, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of filing to the following:

Robert Frank Daley, Jr.
Jimmie Ewing
Robert Claude Jendron, Jr.
Jeffrey Mikell Johnson
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500
1441 Main Street
Columbia, SC 29201

Thomas Ernest Booth
U. S. DEPARTMENT OF JUSTICE
Room 1511
Criminal Division, Appellate Section
950 Pennsylvania Avenue, NW
Washington, DC 20530-0000

/s/ Billy H. Nolas
BILLY H. NOLAS