FILED: August 17, 2012

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

Defendant - Appellant

_____

## STAY OF MANDATE UNDER
## FED. R. APP. P. 41(d)(1)

_____

This court's mandate is stayed under Fed. R. App. P. 41(d)(1), which

provides that "[t]he timely filing of a petition for panel rehearing, petition for

rehearing en banc, or motion for stay of mandate, stays the mandate until

disposition of the petition or motion."

*/s/Patricia S. Connor, Clerk*