# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 17, 2012

_____

RESPONSE REQUESTED

_____

No.  11-3,          US v. Chadrick Fulks
                    4:02-cr-00992-JFA-1, 4:08-cv-70072-JFA

TO:     Jimmie  Ewing
        Jeffrey Mikell Johnson
        Robert Frank Daley
        Thomas Ernest Booth

RESPONSE DUE: 08/27/2012

Response is required to the motion to stay the mandate. Response(s) must be filed by the response due date shown in this notice.

RJ Warren, Deputy Clerk
804-916-2702