FILED:  September 5, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)
(4:08-cv-70072-JFA)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to stay mandate, the court denies the motion.

Entered at the direction of the panel: Judge Wilkinson, Judge King, and Judge Agee.

For the Court

/s/ Patricia S. Connor, Clerk