# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

January 25, 2013

**William K. Suter**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:  Chadrick Evan Fulks
v. United States
No. 12-8364
(Your No. 11-3)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 21, 2012 and placed on the docket January 25, 2013 as No. 12-8364.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst