# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 2, 2013

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:   Chadrick Evan Fulks
      v. United States
      No. 12-8364
      (Your No. 11-3)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.  Justice Kagan took no part in the consideration or decision of this petition.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk